1    The Honorable Ronald B. Leighton

2

3

4    **03-CV-05396-ORD**

FILED _____ LODGED
_____ RECEIVED

MAY 3 0 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE WESTERN DISTRICT OF WASHINGTON

8                          IN TACOMA

9    PACIFIC BELLS ENTERPRISES, INC., an              No. C03-5396 RBL
     Oregon corporation, KANEKOA
10   ENTERPRISES, INC., a Washington
     corporation, BORDER EXPRESS, LLC, a              **JOINT MOTION TO RE-NOTE**
11   Washington limited liability company, and        **DEFENDANT'S MOTION FOR**
     PACIFIC BELLS, INC., an Oregon                   **ORDER AUTHORIZING**
12   corporation,                                     **DEPOSIT OF FUNDS**

13                  Plaintiffs,

14        vs.

15   U.S. BANK NATIONAL ASSOCIATION, an
     Oregon corporation,
16                  Defendant.

17

18        Plaintiffs move to re-note Defendant's Motion for Summary Judgment, presently

19   noted for Friday, June 1, 2007, to Friday, June 15, 2007. Defendant joins in the

20   Motion.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

KENT & JOHNSON, LLP
1500 SW Taylor Street
Portland, Oregon 97205
(503) 220-0717

1    Plaintiff's Motion is supported by the Affidavit of Leslie S. Johnson, submitted

2    herewith.

3    DATED this 29th day of May, 2007.

4                              KENT & JOHNSON, LLP

5

6

                             Christopher H. Kent, WSB #31399
7                             ckent@kentlaw.com
                             Leslie S. Johnson, WSB #25996
8                             ljohnson@kentlaw.com
                             (503) 220-0717
9                             (503) 220-4299 (FAX)
                             Attorneys for Plaintiffs
10

11
      48034
12

13

14    IT IS SO ORDERED THIS 30th DAY OF May, 2007

15

16    UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

KENT & JOHNSON, LLP
1500 SW Taylor Street
Portland, Oregon 97205
(503) 220-0717