The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PACIFIC BELLS ENTERPRISES, INC., an Oregon corporation; KANEKOA ENTERPRISES, INC., a Washington corporation; BORDER EXPRESS, LLC, a Washington limited liability company; and PACIFIC BELLS, INC., an Oregon corporation,<br><br>            Plaintiffs,<br>   v.<br><br>U.S. BANK NATIONAL ASSOCIATION, an Oregon corporation,<br><br>            Defendant. | No. C03-5396 RBL<br><br>ORDER AUTHORIZING DEPOSIT OF FUNDS INTO COURT REGISTRY |

It is hereby ORDERED that defendant's motion for an order authorizing the deposit of funds into the court registry, filed on May 10, 2007, is granted. Defendant, U.S. Bank National Association ("U.S. Bank"), is directed to deposit the sum of $126,370.30 into the court registry to satisfy the judgments entered against U.S. Bank and in favor of plaintiffs on February 25, 2005, April 6, 2005, and December 19, 2006.

/ / /

/ / /

/ / /

/ / /

1  It is FURTHER ORDERED that within seven days after U.S. Bank deposits the

2  sum ordered above into the court registry, plaintiffs shall file with the court full satisfactions of

3  the judgments entered on February 25, 2005, and April 6, 2005.

4  IT IS SO ORDERED this 18th day of September, 2007.

5  IT IS SO ORDERED this 18th day of September, 2007.

6  RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

7

8  Presented by:

9  *s/ Jennifer J. Roof*
Jennifer J. Roof, Admitted *Pro Hac Vice*

10  MILLER NASH LLP
111 S.W. Fifth Avenue, Suite 3400

11  Portland, Oregon  97204-3699
Telephone:  (503) 224-5858

12  Fax:  (503) 224-0155
E-mail:  jennifer.roof@millernash.com

13  Of Attorneys for Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

**[Proposed]** Order Authorizing Deposit of Funds Into
Court Registry (C03-5396 RBL) – Page 2

1    I hereby certify that on May 10, 2007, I electronically filed the foregoing

2   **[Proposed]** Order Authorizing Deposit of Funds Into Court Registry with the Clerk of the Court

3   using the CM/ECF system, which will send notification of such filing to the following:

4
Mr. Christopher H. Kent
Ms. Leslie S. Johnson
5
Kent & Johnson, LLP
1500 S.W. Taylor Street
6
Portland, Oregon  97205
Telephone:  (503) 220-0717
7
Fax:  (503) 220-4299
E-mail:  ckent@kentlaw.com
8
E-mail:  ljohnson@kentlaw.com

9    Attorneys for Plaintiffs

10

11   and I hereby certify that I have mailed by United States Postal Service the document to the

12   following non-CM/ECF participants:

13    Not applicable

14

15   Dated:  May 10, 2007

16

17
             *s/ Jennifer J. Roof*
Jennifer J. Roof, Admitted *Pro Hac Vice*
Attorney for Defendant
18
MILLER NASH LLP
111 S.W. Fifth Avenue, Suite 3400
19
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858
20
Fax:  (503) 224-0155
E-mail:  jennifer.roof@millernash.com
21

22

23

24

25

26

Certificate of Service
(C03-5396 RBL) – Page 1

PDXDOCS:1548255.1